Opinion issued May 1, 2003 













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01011-CR

____________


TAMELA JEAN MILLER, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 13

Harris County, Texas

Trial Court Cause No. 1123592






MEMORANDUM OPINION

 Appellant filed a motion to withdraw the notice of appeal. The motion is in
writing, signed by appellant and counsel. We have not yet issued a decision. 
Accordingly, the appeal is dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue the mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).